INDEX # :     08 CIV 5766

Date Filed:     June 26, 2008

Court Date:

UNITED STATES DISTRICT COURT

COUNTY OF NEW YORK        **DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: BALLON,STOLL,BADER PC    PH: 212-575-7900

Address:    729 7TH AVENUE, 17TH FLOOR   NEW YORK   NY   10019     File No.: 17180.001

*VONETTA SIMPSON*

*vs*                   *Plaintiff(s)/Petitioner(s)*

*VERIZON COMMUNICATIONS INC., ET ANO*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:       **AFFIDAVIT OF SERVICE**

_____ Cory Banks _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____ July 8, 2008 _____ at _____ 1:30PM _____,

at _____ 140 WEST STREET, NEW YORK, NY 10007 _____, deponent served the within

_____ Summons and Complaint with Civil Cover Sheet _____

on: _____ VERIZON COMMUNICATIONS INC. _____, **Defendant** therein named.

**#1 INDIVIDUAL**   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION**   By delivering thereat a true copy of each to _____ JANET DONNELLY _____ personally, deponent knew the person so served
[X]   to be the _____ AGENT AUTHORIZED _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON**   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR**   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____.

**#5 MAIL COPY**   On _____, deponent completed service by depositing a true copy of each document to the Defendant at
140 WEST STREET, NEW YORK, NY 10007

[ ]   in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York and Certified Mail #_____

**#6 DESCRIPTION**   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]   Sex: _Female_    Color of skin: _White_    Color of hair: _Black_    Age: _40 - 50 Yrs._    Height: _5' 4" - 5' 8"_
(use with #1, 2 or 3)   Weight: _131 - 160 Lbs._    Other Features: _____

**#7 WIT. FEES**   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC**   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT**   The language required by NYCRR 2900.2 (e), (f) & (h) set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on ___ July 9, 2008 ___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 08017611

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*

INDEX #: 08 CIV 5766

Date Filed: _____

Court Date: _____

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys:  BALLON,STOLL,BADER PC    PH: 212-575-7900
Address:    729 7TH AVENUE, 17TH FLOOR  NEW YORK  NY  10019    File No.: 17180.001

*VONETTA SIMPSON*

*vs*                                                                                    *Plaintiff(s)/Petitioner(s)*

*VERIZON COMMUNICATIONS INC., ET ANO*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                          **AFFIDAVIT OF SERVICE**

_____Cory Banks_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
of age and resides in New York State. On _____July 8, 2008_____ at _____1:30PM_____,
at _____VERIZON COMMUNICATIONS INC.,140 WEST STREET, NEW YORK, NY 10007_____, deponent served the within
_____Summons and Complaint with Civil Cover Sheet_____

on: _____JULANE LOWE_____, **Defendant** therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 [ ]  By delivering thereat a true copy of each to_____personally, deponent knew the person so served to be the_____of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to_____JANET DONNELLY_____a person of suitable age and discretion. Said premises is recipient's: [ X ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business    [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

#5 MAIL COPY [X]  On _____July 9, 2008_____, deponent completed service by depositing a true copy of each document to the Defendant at
_____VERIZON COMMUNICATIONS INC.,140 WEST STREET, NEW YORK, NY 10007_____
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yo[ ] and Certified Mail #_____

#6 DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: _Female_    Color of skin: _White_    Color of hair: _Black_    Age: _40 - 50 Yrs._    Height: _5' 4" - 5' 8"_
Weight: _131 - 160 Lbs._    Other Features:_____

#7 WIT. FEES [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER [ ]

Sworn to before me on _____July 9, 2008_____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 08017704