INDEX # :    08 CIV 5766

Date Filed: _____

Court Date:    June 26, 2008

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: BALLON,STOLL,BADER PC   PH: 212-575-7900
Address:    729 7TH AVENUE, 17TH FLOOR  NEW YORK  NY  10019    File No.: 17180.001

*VONETTA SIMPSON*

*vs*                                                            Plaintiff(s)/Petitioner(s)

*VERIZON COMMUNICATIONS INC., ET ANO*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

_____ Cory Banks _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
of age and resides in New York State. On _____ July 8, 2008 _____ at _____ 1:30PM _____ ,
at _____ VERIZON COMMUNICATIONS INC.,140 WEST STREET, NEW YORK, NY 10007 _____ , deponent served the within
_____ Summons and Complaint with Civil Cover Sheet _____

on: _____ **JULANE LOWE** _____ , **Defendant** therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
[ ]   therein.

#2           By delivering thereat a true copy of each to_____ personally, deponent knew the person so served
[ ]   to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE   By delivering a true copy of each to_____ JANET DONNELLY _____a person of suitable age and discretion.
AGE PERSON   Said premises is recipient's: [ X ] actual place of business    [ ] dwelling house (usual place of abode) within the state.
[ X ]

#4 AFFIXING   By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business   [ ] dwelling house
TO DOOR    (place of abode) within the state.
[ ]

           Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
           on the _____ day of _____ at _____
           on the _____ day of _____ at _____
           on the _____ day of _____ at _____
           Address confirmed by _____ .

#5 MAIL COPY   On _____ July 9, 2008 _____ , deponent completed service by depositing a true copy of each document to the Defendant at
           VERIZON COMMUNICATIONS INC.,140 WEST STREET, NEW YORK, NY 10007
[ X ]
           in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
           and custody of the United States Post Office in the State of New York  and Certified Mail # _____

#6 DESCRIPTION   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[ X ]   Sex: _Female_    Color of skin:___White___   Color of hair:___Black___    Age: _40 - 50 Yrs._   Height: _5' 4" - 5' 8"_
(use with #1, 2 or 3)   Weight: _131 - 160 Lbs._   Other Features: _____

#7 WIT. FEES   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
           of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9  USE IN NYC   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).
CIVIL COURT
[ ]

#10 OTHER
[ ]

Sworn to before me on _____ July 9, 2008 _____

_____          _____
WENDY RESNICK                      Cory Banks
NOTARY PUBLIC, State of New York            Server's Lic # 1166423
No.01RE5067464, Westchester County           Invoice/Work Order # 08017704
Commission Expires Oct.15, 2010

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*