UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
VONETTA SIMPSON,      :
              Plaintiff,      :
                             1:08-cv-05776 (DAB)
     v.      :

VERIZON COMMUNICATIONS INC.      :   **NOTICE OF**
AND JULANE LOWE,      :   **APPEARANCE**

             Defendants.      :
------------------------------------- x

**PLEASE TAKE NOTICE**, that Epstein Becker & Green, P.C., hereby enters an appearance as counsel for defendants, Verizon Communications Inc. and Julane Lowe in this matter. Please serve all papers related to this action on the undersigned.

Dated: New York, New York
       July 28, 2008

**EPSTEIN BECKER & GREEN, P.C.**

By _____
Kathryn E. White (KW-2297)
One Landmark Square, 18th Floor
Stamford, CT 06901
Telephone: (203) 348-3737
Facsimile: (203) 324-9291
       and
Southern District of New York Office
and Post Office Address
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
KWhite@ebglaw.com
Attorneys for Defendants, Verizon
Communications Inc. and Julane Lowe

29683v1