07/23/2008 16:36 FAX 2127845060                                              ☐002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

VONETTA SIMPSON,                          :   Case: 08-cv-5766 (DAB) (JCF)
                        Plaintiff,        :
                                          :   STIPULATION
        – against –                       :   EXTENDING DEFENDANTS'
                                          :   TIME TO ANSWER
VERIZON COMMUNICATIONS INC.               :   MOVE OR OTHERWISE RESPOND
and JULANE LOWE,                          :   TO COMPLAINT
                                          :
                        Defendants.
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties that the time for Defendants to answer, move, or otherwise respond to the Complaint is extended to and including August 15, 2008. Defendants waive any defense based on a lack of personal jurisdiction or insufficiency of service of process.

Dated: New York, New York
       July 22, 2008

BALLON STOLL BADER & NADLER P.C.          EPSTEIN BECKER & GREEN, P.C.

By: _____               By: _____
   Marshall B. Bellovin, Esq. (5508)         Matthew T. Miklave (MTM-9981)
   729 Seventh Avenue, 17th Floor            250 Park Avenue
   New York, New York 10019                  New York, New York 10177-1211
   (212) 575-7900                            (212) 351-4500
   *Attorneys for Plaintiff*                 *Attorneys for Defendants*


SO ORDERED:

_Deborah A. Batts_                        Date: _July 29, 2008_
Deborah A. Batts, U.S.D.J.

NY:2748846v1