UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
VONETTA SIMPSON,

                Plaintiff,

                1:08-cv-05766 (DAB)

   v.

VERIZON COMMUNICATIONS INC.
AND JULANE LOWE,

                **NOTICE OF APPEARANCE**

                Defendants.
------------------------------------------------------------- x

**PLEASE TAKE NOTICE**, that Epstein Becker & Green, P.C., hereby enters an appearance as counsel for defendants, Verizon Communications Inc. and Julane Lowe in this matter. Please serve all papers related to this action on the undersigned.

Dated: New York, New York
        August 1, 2008                **EPSTEIN BECKER & GREEN, P.C.**

                                                By _/s/ Matthew T. Miklave_
                                                  Matthew T. Miklave (MM-9981)
                                                  250 Park Avenue
                                                  New York, New York 10177-0077
                                                  (212) 351-4500
                                                  MMiklave@ebglaw.com
                                                  Attorneys for Defendants, Verizon
                                                  Communications Inc. and Julane Lowe