UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
VONETTA SIMPSON,

                Plaintiff,

                1:08-cv-05766 (DAB)

   v.

VERIZON COMMUNICATIONS INC.
AND JULANE LOWE,

                **AFFIDAVIT OF**
                <u>**SERVICE**</u>

                Defendants.
------------------------------------- x

STATE OF CONNECTICUT )
                          ) ss:
COUNTY OF FAIRFIELD )

    I, Diana Lenzi, being duly sworn, says: I am not a party to this action, I am over 18 years of age and am employed by Epstein Becker & Green, P.C.

    On August 1, 2008, I served a copy of the within **Notice Of Appearance**, via U.S. Mail delivery, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service upon the following:

        Marshall B. Bellovin
        Ballon, Stoll, Bader and Nadler
        729 Seventh Avenue, 17th Floor
        New York, NY 10019
        Attorney for Plaintiff

                                            _____
                                            Diana Lenzi

Sworn to before me this
___ day of August 2008.

_____
Commissioner of the Superior Court

2763315_1.DOC