USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

VONETTA SIMPSON,

    Plaintiff,

– against –

VERIZON COMMUNICATIONS INC.
and JULANE LOWE,

    Defendants.

---------------------------------x

Case: 08-cv-5766 (DAB) (JCF)

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties that the time for Defendants to Answer the Complaint is extended to and including September 15, 2008. Defendants waive any defense based on a lack of personal jurisdiction or insufficiency of service of process.

Dated: New York, New York
   August 15, 2008

BALLON STOLL BADER & NADLER P.C.  EPSTEIN BECKER & GREEN, P.C.

By: _/s/ Marshall B. Bellovin_  By: _/s/ Matthew T. Miklave_
Marshall B. Bellovin, Esq. (MB-5508)  Matthew T. Miklave (MTM-9981)
729 Seventh Avenue, 17th Floor   250 Park Avenue
New York, New York 10019    New York, New York 10177-1211
(212) 575-7900       (212) 351-4500
*Attorneys for Plaintiff*     *Attorneys for Defendants*

SO ORDERED:

_/s/ Deborah A. Batts_
8/15/2008

NY:2807287v1